No. 84–6903. Mattheson v. Phelps, Secretary, Louisiana Department of Public Safety and Corrections. C. A.

5th Cir.   Petition for writ of certiorari dismissed as moot.